**JS6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFFI GUEDIKIAN, an individual; DINA K. GUEDIKIAN, an individual, | Case No. 2:22-cv-09274-RGK-SK |
| | [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |
| Plaintiffs, | |
| v. | [18] |
| LIBERTY INSURANCE CORPORATION, a Corporation, | |
| Defendants. | |

Pursuant to the stipulation of the Parties, the Court hereby orders that the above-captioned matter is dismissed with prejudice in its entirety, each side to bear her, his, and its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: **7/28/2023** _____   _____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE